SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LESTER AARON TAYLOR,<br>DENNIS A. WARD,<br>GABRIEL STUTHERS,<br>DUSTIN R. MEZO,<br>DUSTIN J. MACRI,<br>DEAUNDRE R. WIMBERLY,<br>    a/k/a "DEANDRE" and "DRE,"<br>JOSTEN L. DENWOOD,<br>    a/k/a "J-WOOD" and "WOOD,"<br>ZACHARIAH D. GREENE a/k/a "ZACK,"<br>JONATHAN ALEXANDER L. LOGEMAN,<br>JENNA R. ISAACSON,<br>    Defendant. | CRIMINAL NO. 21-CR-40052-JPG<br><br>Title 21, United States Code<br>Sections 841 and 846<br><br>**FILED**<br><br>SEP 07 2022<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF ILLINOIS<br>BENTON OFFICE |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy To Distribute Methamphetamine**

From on or about December 2020, until on or about June 2021, in Jackson, Williamson, Perry, and Alexander Counties, within the Southern District of Illinois, and elsewhere,

LESTER AARON TAYLOR,
DENNIS A. WARD,
GABRIEL STUTHERS,
DUSTIN R. MEZO,
DUSTIN J. MACRI,
DEAUNDRE R. WIMBERLY, a/k/a "DEANDRE" and "DRE,"
JOSTEN L. DENWOOD, a/k/a "J-WOOD" and "WOOD,"
ZACHARIAH D. GREENE a/k/a "ZACK,"
JONATHAN ALEXANDER L. LOGEMAN, and
JENNA R. ISAACSON,

defendants herein, did knowingly combine, conspire, and agree with C.R., J.V., and others known and unknown to the Grand Jury, to knowingly and intentionally distribute methamphetamine, Schedule II

controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the total amount of methamphetamine involved in the conspiracy was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2

### Possession with Intent to Distribute Methamphetamine

On or about February 4, 2021, in Williamson County, within the Southern District of Illinois,

### LESTER AARON TAYLOR

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the total amount of methamphetamine involved in this Count was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 3

### Possession with Intent to Distribute Methamphetamine

On or about May 11, 2021, in Williamson County, within the Southern District of Illinois,

### DENNIS A. WARD,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the total amount of methamphetamine involved in this Count was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 4

### Distribution of Methamphetamine

On or about April 15, 2021, in Williamson County, within the Southern District of Illinois,

**DUSTIN J. MACRI,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 5

### Distribution of Methamphetamine

On or about July 20, 2022, in Williamson County, within the Southern District of Illinois,

**DUSTIN J. MACRI,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

ALMA SUMMERS
Digitally signed by ALMA SUMMERS
Date: 2022.09.05 21:38:45 -05'00'

for

RACHELLE AUD CROWE
United States Attorney



GEORGE NORWOOD
Assistant United States Attorney

Recommended Bond: Detention