# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois



| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JONATHAN ALEXANDER L. LOGEMAN<br>*Defendant(s)* | Case Number: 21-40052-JPG-09 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JONATHAN ALEXANDER L. LOGEMAN                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Count 1- Conspiracy to Distribute Methamphetamine in violation of Title 21, US Code, Section 846 and Title 21, US Code, Section 841(b)(1)(A)

Date:  September 7, 2022

*Issuing officer's signature*

City and state:   Benton, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)*  _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)