IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MINUTES OF INITIAL APPEARANCE & ARRAIGNMENT** |
| | ) | |
| vs. | ) | **Case No. 21-CR-40052-JPG** |
| | ) | |
| **JONATHAN ALEXANDER L. LOGEMAN,** | ) ) | **Date:** October 3, 2022 |
| Defendant. | ) | **Location:** Benton |

**PRESENT: HONORABLE REONA J. DALY, MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson          **REPORTER:** Chris LaBuwi

**COUNSEL FOR GOVERNMENT:** George A. Norwood, AUSA

**COUNSEL FOR DEFENDANT**: Judith A. Kuenneke, AFPD

[x]    Defendant present in open court in custody.

[x]    Counsel for the government and defendant are present as noted above.

[x]    Defendant sworn. Financial Affidavit filed; counsel requested.
Request  [x]  Granted. [] Denied.   [] Federal Public Defender appointed.
[x] Panel attorney to be appointed.

[x]    Arraignment and Detention Hearing set for **October 6, 2022 at 10:00 a.m.** in Benton before Magistrate Judge Reona J. Daly.

[x]    Defendant remanded to custody of the U.S. Marshal pending detention hearing.

*No further notice will be given.*