# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) vs. ) ) JONATHAN ALEXANDER L. ) LOGEMAN, ) *Defendant.* ) | Case No. 21-CR-40052-JPG |

## ORDER SCHEDULING A DETENTION HEARING

**IT IS ORDERED** that a detention hearing is set as to the above-named defendant for **October 6, 2022 at 10:00 a.m.** before the Honorable Reona J. Daly, Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

**DATED:** October 3, 2022

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**