# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JONATHAN ALEXANDER L. LOGEMAN,**<br><br>**Defendant.** | **Case Number:** 21-CR-40052-JPG-9 |

## ORDER APPOINTING COUNSEL

It is the finding of the Court that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE,** the Court hereby appoints CJA Panel Attorney, Luke Baumstark, to represent the defendant, Jonathan Alexander L. Logeman, for all further proceedings.

**DATED:** October 04, 2022

_____
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**