# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois



UNITED STATES OF AMERICA
*Plaintiff*

v.

Case Number: 21-40052-JPG-09

JONATHAN ALEXANDER L. LOGEMAN
*Defendant(s)*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JONATHAN ALEXANDER L. LOGEMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1- Conspiracy to Distribute Methamphetamine in violation of Title 21, US Code, Section 846 and Title 21, US Code, Section 841(b)(1)(A)

Date: September 7, 2022

*Issuing officer's signature*

City and state: Benton, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9-7-22, and the person was arrested on *(date)* 10-2-22
at *(city and state)* Franklin Co, IL

Date: 10-3-22

*Arresting officer's signature*

for Jeremy Henning DEA
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)