# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21-CR-40052-JPG |
| vs. | ) | |
| | ) | |
| **JONATHAN ALEXANDER L.** | ) | |
| **LOGEMAN**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT

COMES NOW Luke A. Baumstark and hereby enters his appearance on behalf of Defendant Alexander L. Logeman in the above-styled case.

Respectfully submitted,

*/s/ Luke A. Baumstark*
Luke A. Baumstark  #6301453
THE BAUMSTARK FIRM, LLC
815 Geyer Avenue
St. Louis, MO  63104
(314) 492-6290
(314) 492-6348 FAX
luke@baumstarkfirm.com

*Attorney for Defendant*
*Jonathan Alexander L. Logeman*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of October, 2022, this document was filed with the court via the CM/ECF system which will send notice to all parties of record.

/s/ *Luke A. Baumstark*