## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | **MINUTES OF ARRAIGNMENT & DETENTION HEARING** |
|---|---|---|
| | ) | |
| vs. | ) | **Case No. 21-CR-40052-JPG** |
| | ) | |
| JONATHAN ALEXANDER L. LOGEMAN, | ) | **Date:** October 6, 2022 |
| Defendant. | ) | **Location:** Benton |

**PRESENT: HONORABLE REONA J. DALY, MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson    **REPORTER:** Liberty Recording

**COUNSEL FOR GOVERNMENT:** Casey Bloodworth, AUSA

**COUNSEL FOR DEFENDANT:** Luke Baumstark, CJA Appointment

[x] Defendant present in open court in custody.

[x] Counsel for the government and defendant are present as noted above.

[x] Defendant waives reading of Superseding Indictment.

[x] Defendant arraigned on [x] Superseding Indictment [ ] Information.

[x] Plea: [x] Not Guilty as to Count 1 entered by the Court on defendant's behalf.

[x] Motion to Detain filed by the Government. Parties have received and reviewed the pretrial services report. Proffer of evidence through counsel. Arguments heard. The Motion to Detain is GRANTED. Order of Detention to enter.

[x] Final Pretrial Conference set for **NOVEMBER 9, 2022 AT 9:30 A.M.** before **Judge J. Phil Gilbert** in Benton. The defendant's presence is required.

[x] Jury Trial set for **NOVEMBER 21, 2022 AT 9:00 A.M.** before **Judge J. Phil Gilbert** in Benton.

[x] Defendant remanded to custody of the U.S. Marshal.

*\*No further notice will be given.*