IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>  Plaintiff, )<br>  ) 21-CR-40052-JPG<br>vs. )<br>  )<br>JONATHAN ALEXANDER L. LOGEMAN, )<br>  )<br>  Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jonathan Alexander L. Logeman appeals to the United States Court of Appeals for the Seventh Circuit, the August 24, 2023, final judgment and sentence of the United States District Court, Southern District of Illinois. (Doc. 322).

Respectfully submitted,

*/s/ Luke A. Baumstark*
Luke A. Baumstark   #6301453
THE BAUMSTARK FIRM, LLC
815 Geyer Avenue
St. Louis, MO   63104
(314) 492-6290
(314) 492-6348 FAX
luke@baumstarkfirm.com

***Attorney for Defendant***
***Jonathan Alexander L. Logeman***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of September, 2023, this document was filed with the court via the CM/ECF system which will send notice to all parties of record.

        */s/ Luke A. Baumstark*