# Carolyn Brooks

| | |
|---|---|
| **From:** | ILSDdb_ESL Intake |
| **Sent:** | Thursday, September 14, 2023 10:14 AM |
| **To:** | Carolyn Brooks |
| **Subject:** | FW: 23-2739 USA v. Jonathan Logeman "CJA Voucher Entry" (4:21-cr-40052-JPG-9) |

**From:** CA07_CMECFMail@ca7.uscourts.gov <CA07_CMECFMail@ca7.uscourts.gov>
**Sent:** Wednesday, September 13, 2023 3:27 PM
**Subject:** 23-2739 USA v. Jonathan Logeman "CJA Voucher Entry" (4:21-cr-40052-JPG-9)

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 09/13/2023 at 3:27:13 PM Central Daylight Time and filed on 09/13/2023

| | |
|---|---|
| **Case Name:** | USA v. Jonathan Logeman |
| **Case Number:** | [23-2739](#) |

**Docket Text:**
TEXT ENTRY: Attorney Luke A. Baumstark for Appellant Jonathan Alexander L. Logeman is APPOINTED pursuant to the Criminal Justice Act. DW [5] [7335507] [23-2739] (JK)

**Notice will be electronically mailed to:**

Luke A. Baumstark, Attorney
Mr. George A. Norwood, Attorney
Monica A. Stump, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 7335507
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 2966682, 2966683